## Case No. 4,293.

### In re EDWARDS.

[2 N. B. R. 349 (Quarto, 109).][1]

District Court, D. Virginia. 1868.

UNDERWOOD, District Judge. The opinion of the court is in accordance with its previous decisions, that real estate may, in some cases, be set apart as a portion of the bankrupt's exemption, but only in cases where it will not injure the sale of other real estate, or work adversely to the interest of the creditors.

[1] [Reprinted by permission.]